■ DAVID ACKERMAN et al., Individually and on Behalf of All Others Similarly Situated, Appellants, v VERTICAL CLUB CORPORATION et al., Respondents. — Order, Supreme Court, New York County (Ascione, J.), entered on March 5, 1984, unanimously affirmed, without costs and without disbursements; the appeal from the order of said court entered on April 30, 1984 is unanimously dismissed as nonappealable, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Kupferman, Carro and Kassal, JJ.

■ LOIS CHAFFEE, Appellant, et al., Plaintiff, v HP HOMEOWNERS ASSOCIATION, INC., et al., Respondents. — Appeal from order and judgment (one paper), Supreme Court, Bronx County (Dorothy E. Kent, J.), entered on October 18, 1983, unanimously dismissed for lack of jurisdiction, without costs and without disbursements. Were we not dismissing the appeal, we would have affirmed. No opinion. Concur — Murphy, P. J., Kupferman, Carro and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LYNN OWENS, Appellant. — Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on April 16, 1982, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Asch, Fein and Lynch, JJ.